■ In the Matter of BRAD McCASKELL, Petitioner, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [8 NYS3d 498]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a disciplinary determination finding him guilty of violating various prison disciplinary rules. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record, and the mandatory $5 surcharge has been refunded to petitioner's inmate account. The record establishes that the penalty imposed included loss of good time and, although not referenced in the Attorney General's letter, "we note that any loss of good time incurred by petitioner as a result of the determination should be restored" (*Matter of Hayes v Annucci*, 122 AD3d 992, 992 [2014] [internal quotation marks and citation omitted]). In view of this, and given that petitioner has otherwise received

all of the relief to which he is entitled, the matter is dismissed as moot (*see Matter of Ramos v Department of Corr. & Community Supervision*, 123 AD3d 1215, 1216 [2014]).

Lahtinen, J.P., McCarthy, Lynch and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.